

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2020

No. 04-18-00535-CR

George S. **Chapple** III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR7642
Honorable Laura Lee Parker, Judge Presiding

# O R D E R

Sitting:      Irene Rios, Justice
              Beth Watkins, Justice
              Liza Rodriguez, Justice

On September 26, 2018, we issued an opinion dismissing appellant's appeal for lack of jurisdiction. *Chapple v. State*, No. 04-18-00535-CR, 2018 WL 4603915, at *1 (Tex. App.—San Antonio Sept. 26, 2018, no pet.) (dismissing appeal for lack of jurisdiction when the appellant's notice of appeal was untimely filed). On February 5, 2020, appellant's motion for an out-of-time appeal and appointment of counsel was filed in this court. We have no jurisdiction to consider appellant's motion. Only the Texas Court of Criminal Appeals has jurisdiction to grant an out-of-time appeal. *Kossie v. State*, No. 01-16-00738-CR, 2017 WL 631842, at *1 (Tex. App.—Houston [1st Dist.] Feb. 16, 2017, no pet.); *see Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (explaining that a writ of habeas corpus pursuant to article 11.07 of the Code of Criminal Procedure governs out-of-time appeals from felony convictions). Therefore, the motion for an out-of-time appeal and appointment of counsel filed in this court is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on March 13, 2020.

ATTESTED TO: MICHAEL A. CRUZ
Clerk of Court

**PER CURIAM**

